# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0839.  CHARLES EUGENE BUTCHER, II v. KELLY JEAN BAILEY.**

The parties were divorced pursuant to a final judgment and decree entered on June 16, 2016. The husband, Charles Eugene Butcher, II,[1] filed a notice of appeal to the Georgia Supreme Court on June 27, 2017, which transferred the matter to this Court. We, however, lack jurisdiction for two reasons.

First, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Because the husband filed a notice of appeal 376 days after entry of the appealable judgment, this appeal is untimely.

Second, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). The husband's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal.

---

[1] The husband is currently serving a life sentence in a Texas prison.

For the foregoing reasons, the husband's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/06/2018        *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*